# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JEREMY DEWAYNE FOSTER | CIVIL ACTION NO. 24-1743-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TERRANCE HAULEY, ET AL. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections (Record Document 18) filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a). All other pending motions in this matter are hereby terminated.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 17th day of April, 2025.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE